IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PAUL A. COOK, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:13-CV-867-TMH |
| ) | [WO] |
| ) | |
| DENNIS MEEKS, et al., ) | |
| ) | |
|     Defendants. ) | |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

This 42 U.S.C. § 1983 action is pending before the court on a complaint filed by Paul A. Cook ["Cook"], an indigent inmate. In the complaint, Cook challenges actions taken against him during his confinement at the Covington County Jail. The order of procedure entered in this case specifically directed Cook to immediately inform the court of any change in his address. *Order of December 2, 2013 - Doc. No. 5 at 6.*

On May 22, 2014, this court issued an order, a copy of which the Clerk mailed to Cook. The postal service returned this order because Cook no longer resided at the address he had last provided to the court. In light of the foregoing, the court entered an order requiring that on or before June 16, 2014 Cook inform the court of his present address. *Order of June 5, 2014 - Doc. No. 30.* The order specifically advised Cook that this case could not proceed if his whereabouts remained unknown and cautioned him that his failure to comply with its directives would result in a Recommendation that this case be dismissed.

*Id*.  The court has received no response from Cook to the aforementioned order nor has he provided the court with his current address as required by the order of procedure.

As is clear from the foregoing, Cook has failed to comply with the directives of the orders entered by this court.  In addition, this case cannot properly proceed in his absence.  It likewise appears that Cook is no longer interested in the prosecution of this case.  The court therefore concludes that this case is due to be dismissed.  *Moon v. Newsome,* 863 F.2d 835, 837 (11th Cir.1989) (As a general rule, where a litigant has been forewarned, dismissal for failure to obey a court order is not an abuse of discretion.); *see also Tanner v. Neal,* 232 Fed. Appx. 924 (11th Cir.2007) (affirming *sua sponte* dismissal without prejudice of inmate's § 1983 action for failure to file a response in compliance with court's prior order directing amendment and warning of consequences for failure to comply).

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be dismissed without prejudice for failure of the plaintiff to comply with the orders of this court and his failure to properly prosecute this action.

It is further

ORDERED that **on or before July 8, 2014**, the parties may file objections to the Recommendation.  Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which the party is objecting.  Frivolous, conclusive or general objections will not be considered by the District Court.  The parties are advised

that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and advisements in the Magistrate Judge's Recommendation shall bar the party from a de novo determination by the District Court of issues covered in the Recommendation and shall bar the party from attacking on appeal factual findings in the Recommendation accepted or adopted by the District Court except upon grounds of plain error or manifest injustice.  *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982).  *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982).  *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, en banc*)*, adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

Done this 24th day of June, 2014.

      /s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE